COLUMBIANA COUNTY—SEPTEMBER TERM, 1817.

COLUMBIANA.
September, 1817.

Young
v.
Wilson.

PRESENT—TAPPAN, *President;* SMITH, BROWN AND BOWMAN, *Associates.*

## YOUNG vs. WILSON.

Payment cannot be given in evidence, on a plea of *non est factum.*

DEBT—on a sealed note.

PLEA—*Non est factum,* without affidavit.

Notice of set-off: corn sold and delivered, money paid, &c.

WRIGHT, for plaintiff.

POTTER and GOODENOW, for defendant.

The counsel for the plaintiff read the note on which the suit was brought, and rested the case.

The defendant's counsel then offered evidence to prove that the note had been paid, and ought to have been given up to be cancelled—which was objected to.

PRESIDENT.—Is this evidence offered in support of the plea or set-off?

GOODENOW.—We offer the evidence under the plea of *non est factum.*

PRESIDENT.—You admit this note to have been good and valid in its creation, and rely, in your defence, on evidence that it has been paid. Such evidence cannot be received under this issue. The plea denies the execution of the note, and is notice to the plaintiff to come prepared on that point—but it is no notice whatever, to him, that you intend to prove a payment. If your payment is within either branch of the notice of set-off, proceed with the evidence of it; if it is not, it cannot be received.